UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC PIERRE; et al., | |
| Plaintiffs, | |
| -against- | 23-CV-7093 (LTS) |
| THE CORE GROUP/CORE GROUP-OAS TRUST, et al., | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2023
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge